IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL ACTION NO. 4:12-CR-00070- |
| § | SDJ-AGD |
| JERRY DEE STAPLETON § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Jerry Dee Stapleton's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on June 20, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto. The Government was represented by U.S. Attorney Matt Johnson.

Defendant was sentenced on August 13, 2013, before The Honorable Marcia A. Crone, U.S. District Judge of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm by a Felon, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 17 and a criminal history category of VI, was 51 to 63 months. Defendant was subsequently sentenced to 63 months imprisonment followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug aftercare, and mental health treatment. On October 15, 2020, Defendant completed his period of imprisonment and began service of the supervision term. On May 21, 2021, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas (Dkt. #55, Sealed).

REPORT AND RECOMMENDATION – Page 1

On August 30, 2023, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt. #56, Sealed). The First Amended Petition asserts that Defendant violated five (5) conditions of supervised release, as follows: (1) <u>Mandatory Condition</u>: Defendant shall not commit another federal, state, or local crime; (2) <u>Mandatory Condition</u>: Defendant shall refrain from any unlawful use of a controlled substance; (3) <u>Standard Condition</u>: Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (4) <u>Standard Condition</u>: Defendant shall not leave the judicial district without the permission of the court or probation officer; and (5) <u>Standard Condition</u>: Defendant shall notify the probation officer at least ten days prior to any change in residence or employment (Dkt. #56 at pp. 1–3, Sealed).

The First Amended Petition alleges that Defendant committed the following acts: (1) On June 30, 2023, Defendant was arrested by the Trenton, Texas Police Department for outstanding warrants for Continuous Violence Against the Family, Injury to a Child/Elderly, Disabled with Intent to Cause Bodily Injury, and Assault Family/Household Member with Previous Conviction, all Third Degree Felonies. On June 28, 2023, a Trenton, Texas police officer was dispatched to a residence in reference to an assault. The alleged victims were Amy Luna and her mother, Elizabeth Harrell. Luna reported that while she and Defendant were living together and in a relationship around June 11, 2023, Defendant assaulted her by biting her nose, causing an open wound, slapping her in the face, and burning her right foot with a cigarette lighter. The officers noted that Luna is physically disabled/handicapped, as she uses a cane due to an issue with her back. Luna and Harrell arrived at Defendant's address on June 28, 2023, to obtain the remainder of Luna's property. Luna stated everything was uneventful until she asked Defendant for a cellular telephone

that she let him borrow. When Defendant became belligerent, both Luna and Harrell returned to their vehicle to leave. At this point, Defendant came out of the home, approached their vehicle, and placed his hand behind Luna's head, as if he were going to kiss her. He then slammed her head into the B pillar of the vehicle. Harrell, who had already exited the vehicle, anticipating something awry, yelled at Defendant to stop assaulting Luna. Defendant then grabbed Luna's arm, as if he were going to assault her. Details of the assaults that occurred on June 28, 2023, were corroborated by Luna and Harrell. The responding officer did not observe any visible injuries to Luna; however, she showed him marks on her nose from when Defendant bit her, and a burn mark/scar on her right foot; (2) & (3) On January 8, 2021, Defendant submitted a urine specimen at Helping Open People's Eyes ("HOPE") in Fort Worth, Texas, which was positive for marijuana. On January 29, 2021, Defendant made a verbal admission that he used marijuana one to two times per week from December 25, 2020, to January 23, 2021. On January 14, 2021, Defendant submitted a urine specimen at HOPE that was positive for marijuana and amphetamines. On January 29, 2021, Defendant made a verbal admission that he used marijuana one to two times per week from December 25, 2020, to January 23, 2021, but he denied amphetamine use. Alere Toxicology confirmed his urine sample was positive for marijuana and methamphetamine. On January 25, 2021, Defendant submitted a urine specimen at HOPE that was positive for marijuana and amphetamines. On January 29, 2021, Defendant made verbal admission that he used marijuana one to two times per week from December 25, 2020, to January 23, 2021, but he denied amphetamine use. Defendant's urine specimen was confirmed positive for marijuana and methamphetamine by Alere Toxicology. On February 8, 2021, Defendant submitted a urine specimen at HOPE that was positive for marijuana. Defendant denied any new use of marijuana and advised that he last used marijuana on January 23, 2021. Results from Alere Toxicology

indicate that Defendant reused marijuana prior to collection of his urine specimen. On March 2, 2021, Defendant submitted a urine specimen at HOPE that was positive for marijuana. Defendant denied using marijuana since January 2021; however, Alere Toxicology results indicated recent use of marijuana; and (4) & (5) Defendant commenced his term of supervised released in the Northern District of Texas, where he was authorized to reside. Defendant absconded from supervision in June 2021 and relocated to an unknown address in Trenton, Texas without notifying his probation officer of his change in address. The Trenton police department report indicates an address of 305 W. Saunders Street, Trenton, Texas as an address for Defendant. Trenton is in the Eastern District of Texas, which indicates Defendant moved to another judicial district other than the one in which he was authorized to reside (Dkt. #56 at pp. 1–3, Sealed).

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegation #1 of the First Amended Petition. The Government moved to dismiss the remaining allegations in the First Amended Petition. Having considered the First Amended Petition and the plea of true to allegation #1, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty-four (24) months, to run consecutive to the term of imprisonment in the state court matter, CR 23-46504 in the 336th Judicial District Court of Fannin County, Texas, with no term of supervised release to follow.

The court further recommends that allegations #2, #3, #4, and #5 be dismissed.

The court also recommends that Defendant be housed in the Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**SIGNED this 8th day of July, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE